**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Teri J Genheimer | : | CASE NO: 19-57716 |
| | : | CHAPTER 13 |
| | : | JUDGE: Jeffery P. Hopkins |

## NOTICE OF INTENTION TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Interim Trustee - Faye English, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below.

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00003 | AMERICAN EXPRESS<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | 701.63 | 29.00 % | 0.00 % | Unsecured |
| 00004 | Chase Bank USA<br>c/o JPMorgan Chase Bank<br>PO Box 15368<br>Wilmington, DE 19850 | 9,240.71 | 29.00 % | 0.00 % | Unsecured |
| 00005 | Chase Bank USA<br>c/o JPMorgan Chase Bank<br>PO Box 15368<br>Wilmington, DE 19850 | 2,576.48 | 29.00 % | 0.00 % | Unsecured |
| 00007 | Comenity Bank / Victoria Secret<br>PO BOX 182789<br>Columbus, OH 43218 | Not filed | 29.00 % | 0.00 % | Unsecured |
| 00009 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | 1,883.25 | 29.00 % | 0.00 % | Unsecured |
| 00001 | First Financial Bank<br>PO Box 507<br>Greensburg, IN 47240 | Paid outside | 100.00 % | 0.00 % | Mortgage |
| 00014 | INFINITI FINANCIAL SERVICES<br>PO BOX 660366<br>DALLAS, TX 75266-0366 | 0.00 | 29.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00006 | LVNV FUNDING LLC<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | 3,048.84 | 29.00 % | 0.00 % | Unsecured |
| 00015 | PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 80.09 | 29.00 % | 0.00 % | Unsecured |
| 00010 | SYNCB/TJX<br>4125 Windward Plaza<br>Alpharetta, GA  30005 | Not filed | 29.00 % | 0.00 % | Unsecured |
| 00011 | TD Bank USA NA<br>c/o Weinstein & Riley PS<br>PO Box 3978<br>Seattle, WA  98124 | 685.85 | 29.00 % | 0.00 % | Unsecured |
| 00002 | Union Savings Bank<br>8534 E. Kemper Rd<br>Cincinnati, OH  45249 | Paid outside | 100.00 % | 0.00 % | Mortgage |
| 00012 | US BANK<br>PO BOX 5227<br>CINCINNATI, OH  45201 | 2,910.91 | 29.00 % | 0.00 % | Unsecured |
| 00008 | US Bank DBA Elan Financial Services<br>PO Box 5227<br>Cincinnati, OH  45201-5227 | 11,848.50 | 29.00 % | 0.00 % | Unsecured |
| 00013 | WELLS FARGO FINANCIAL BANK<br>PO BOX 14487<br>DES MOINES, IA  50306 | 1,255.97 | 29.00 % | 0.00 % | Unsecured |
| | TOTAL | 34,232.23 | | | |
| 00000 | Brian D. Wood<br>Wood & Brewer, LLC<br>470 Olde Worthington Road<br>Suite, 200<br>Westerville, OH  43082 | 3,435.00 | 100.00 % | 0.00 % | Attorney Fee |

Dated: September 02, 2020

/s/Interim Trustee - Faye English
INTERIM TRUSTEE - FAYE ENGLISH
TRUSTEE
130 E WILSON BRIDGE RD
SUITE 200
WORTHINGTON, OH  43085-6300
(614)436-6700

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Teri J Genheimer | : | CASE NO: 19-57716 |
| | : | CHAPTER 13 |
| | : | JUDGE: Jeffery P. Hopkins |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Intention to Pay Claims was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email addresss registered with the Court and (ii) by **ordinary U.S. Mail** on September 02, 2020 addressed to:

Teri J Genheimer
4727 Sabin Circle
Columbus, OH  43230
**See Creditor Matrix Attached**

/s/Interim Trustee - Faye English
INTERIM TRUSTEE - FAYE ENGLISH
TRUSTEE
130 E WILSON BRIDGE RD
SUITE 200
WORTHINGTON, OH  43085-6300
(614)436-6700

American Express
PO BOX 981537
El Paso, TX  799980000

US Bank
PO BOX 108
Saint Louis, MO  631660000

Chase Card
301 N. Walnut St, Floor 09
Wilmington, DE  198010000

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC  296030587

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA  235410000

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA  503060438

First Financial Bank
255 E. Fifth Street
Cincinnati, OH  452020000

SYNCB/TJX
4125 Windward Plaza
Alpharetta, GA  300050000

CITI
PO BOX 6241
Sioux Falls, SD  571170000

Infiniti Financial Services
POB 660366
Dallas, TX  752660366

Teri J Genheimer
4727 Sabin Circle
Columbus, OH  432300000

U.S. Bank National Association
Bankruptcy Department
PO Box 108
St. Louis, MO  631660108

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA  235410000

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA  193550701

TD Bank USA/Target
7000 Target Parkway N.
Mail Stop NCD-0450
Minneapolis, MN  554450000

Elan Financial Service
PO BOX 108
Saint Louis, MO  631660000

Comenity Bank / Victoria Secret
PO BOX 182789
Columbus, OH  432180000

Union Savings Bank
8534 E. Kemper Rd
Cincinnati, OH  452490000

First Financial Bank
PO Box 507
Greensburg, IN  472400000

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA  981210000

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, TX  750010000

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA  980830657

WF Financial Cards
PO BOX 14517
Des Moines, IA  503060000

Macy's
911 Duke Blvd
Mason, OH  450400000

Nissan-Infiniti LT
PO BOX 660360
Dallas, TX  752660000

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA  235410000