## THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:   Teri J Genheimer                                  CASE NO: 19-57716

                                                           CHAPTER 13

                                                           JUDGE: Jeffery P. Hopkins

## NOTICE OF INTENTION
## TO PAY AMENDED CLAIM

NOW comes the Trustee and notifies the debtor(s) and the debtor(s) attorney of record that the following amended claim(s) was filed against the estate of the debtor(s):

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | % TO PAY | CLASSIFICATION |
|---|---|---|---|---|
| 00014 | INFINITI FINANCIAL SERVICES<br>PO BOX 660366<br>DALLAS, TX  75266-0366 | 20,471.98 | 29.00 | Deficiency Balance |

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Edward A. Bailey, to pay the claim(s) of creditors named and in the amounts set forth above, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth above.

Dated: April 23, 2021                                      /s/Edward A. Bailey
                                                           Edward A. Bailey
                                                           Chapter 13 Trustee
                                                           130 East Wilson Bridge Road #200
                                                           Worthingon, Ohio 43085-6300
                                                           (614) 436-6700
                                                           trustee@ch13.org

## THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:   Teri J Genheimer                                          CASE NO: 19-57716

                                                                   CHAPTER 13

                                                                   JUDGE: Jeffery P. Hopkins

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Intention to Pay Amended Claim was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email addresss registered with the Court and (ii) by **ordinary U.S. Mail** on April 23, 2021 addressed to:

Teri J Genheimer
4727 Sabin Circle
Columbus, OH  43230

INFINITI FINANCIAL SERVICES
PO BOX 660366
DALLAS, TX  75266-0366

/s/Edward A. Bailey
Edward A. Bailey
Chapter 13 Trustee
130 East Wilson Bridge Road #200
Worthingon, Ohio 43085-6300
(614) 436-6700